**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FIRDAVS ZAFAROVICH RAVSHANOV,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-4039** |
| | : | |
| **MARKWAYNE MULLIN,** *et al.*, | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW**, this 16th day of June, 2026, upon consideration of Firdavs Zafarovich Ravshanov's Petition (Doc. No. 1) and the Government's Answer (Doc. No. 4), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).  See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).  See also Kourouma v. Jamison, No. 26-182, 2026 WL 120208, at *2–3 (E.D. Pa. Jan. 15, 2026) (Marston, J.) ("The Third Circuit's opinion in Khalil . . . does not change the Court's conclusion.") (citing Khalil v. President, United States of America, Nos. 25-2162 and 25-2357, 2026 WL 111933 (3d Cir. Jan. 15, 2026)); Restrepo v. Jamison, No. 25-6518, 2026 WL 141803, at *5 (E.D. Pa. Jan. 2020, 2026) (Leeson, J.) (same).

2. All claims against the Secretary of Homeland Security, Acting Attorney General, Department of Homeland Security, and Executive Office of Immigration Review are **DISMISSED**.  See Demirel, No. 25-5488, 2025 WL 3218243, at *2.

3. **On or before June 23, 2026**, Respondents **shall provide** Petitioner with a **bond hearing before an Immigration Judge in accordance with 8 U.S.C. § 1226(a)**.

1

4.  Should the IJ deny bond, Respondents **shall provide** Petitioner the opportunity to appeal

to the Board of Immigration Appeals.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.

2